# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| J.L. WIMBERLY QUINONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-1843 CDP |
| | ) | |
| ALICIA LEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a financial affidavit. *See* 28 U.S.C. § 1915(a). The Court will require plaintiff to do so prior to proceeding with this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Application to Proceed in the District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $402 filing fee or submit an Application to Proceed in the District Court without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 17th day of June, 2021.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE